1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

JOHN MCGEE,

           Plaintiff,

     v.

J.P. MORGAN CHASE & CO.,

          Defendant.

Case No. 3:13-cv-03483 NC

**SCHEDULING ORDER**

Re: Dkt. No. 13

The case management conference set for October 23, 2013 will remain on calendar. The Court has received the parties' stipulation to submit to binding arbitration. A case management conference statement is therefore not required, but at the conference the parties must advise the Court as to whether they request to stay the case pending the completion of arbitration, or to dismiss the case. If they wish, the parties may appear by phone by coordinating with the courtroom deputy.

    IT IS SO ORDERED.

    Date:  October 17, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge