SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
JP MORGAN CHASE & CO.

SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephan A. Sommers (SBN 225742)
Ramsey Hanafi (SBN 262515)
201 Mission Street, 12th Floor
San Francisco, CA 94105
Telephone:     (415) 432-4372
Facsimile:     (415) 432-4376

Attorneys for Plaintiff
JOHN MCGEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCGEE, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE & CO., a Delaware Corporation, and DOES 1-5,<br><br>   Defendants. | Case No. CV 13-3483 NC<br><br>**JOINT STIPULATION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE; [~~PROPOSED~~] ORDER**<br><br>Trial Date:         NOT SET<br>Date Action Filed:  JULY 26, 2013 |

Pursuant to Rules 6-1(b), 6-2, 7-12 and 16 of the Northern District Civil Local Rules, Plaintiff JOHN MCGEE and Defendant JP MORGAN CHASE & CO. ("Defendant"), collectively "the Parties", by and through their counsel, submit the following stipulation and [proposed] order regarding continuing the case management conference schedule for September 3, 2014:

Whereas, this matter is currently pending in arbitration before Judge Warren of JAMS;

1 | Whereas the Parties are currently engaged in post-mediation discussions;

2 | Whereas, the Parties believe time spent in preparation for and attendance at a Case
3 | Management Conference will not aid these discussions;

4 | NOW THEREFORE, the parties hereby stipulate and agree, as follows:

5 | The parties agree that the Case Management Conference scheduled for September 3, 2014 be
6 | continued until at least October 3, 2014 or as soon thereafter as the Court's schedule permits.

7 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

8 | DATED:  August 27, 2014                    SEYFARTH SHAW LLP

10 | By:     /s/ Laura J. Maechtlen
11 |            Laura J. Maechtlen
          Attorneys for Defendant
12 |      JP MORGAN CHASE & CO.

13 | DATED:  August 27, 2014                    SOMMERS EMPLOYMENT LAW GROUP, P.C.

16 | By    /s/ Ramsey Hanafi
           Stephen A. Sommers
17 |        Ramsey Hanafi
       Attorneys for Plaintiff
18 |   JOHN MCGEE

2

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

(1)    The Case Management Conference originally scheduled for September 3, 2014, 10:00 a.m. shall be continued to October 1, 2014, 10:00 a.m.

**IT IS SO ORDERED.**

DATED:    August 28, 2014



HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins