```
SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
JP MORGAN CHASE & CO.

SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephan A. Sommers (SBN 225742)
Ramsey Hanafi (SBN 262515)
201 Mission Street, 12th Floor
San Francisco, CA 94105
Telephone:    (415) 432-4372
Facsimile:    (415) 432-4376

Attorneys for Plaintiff
JOHN MCGEE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCGEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO., a Delaware Corporation, and DOES 1-5,<br><br>Defendants. | Case No. CV 13-3483 NC<br><br>**JOINT STIPULATION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE; [~~PROPOSED~~] ORDER**<br><br>Trial Date:         NOT SET<br>Date Action Filed:  JULY 26, 2013 |

Pursuant to Rules 6-1(b), 6-2, 7-12 and 16 of the Northern District Civil Local Rules, Plaintiff JOHN MCGEE and Defendant JP MORGAN CHASE & CO. ("Defendant"), collectively "the Parties", by and through their counsel, submit the following stipulation and [proposed] order regarding continuing the case management conference schedule for October 1, 2014:

Whereas, this matter is currently pending in arbitration before Judge Warren of JAMS;

1     Whereas, the Parties are currently engaged in post-mediation discussions;

2     Whereas, the Parties believe time spent in preparation for and attendance at a Case
3 Management Conference will not aid these discussions;

4     NOW THEREFORE, the parties hereby stipulate and agree, as follows:

5 The parties agree that the Case Management Conference scheduled for October 1, 2014 be
6 continued until at least February 2, 2015 or as soon thereafter as the Court's schedule permits.

7     **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

8 DATED:  September 24, 2014      SEYFARTH SHAW LLP

10      By:   /s/ Laura J. Maechtlen
11      Laura J. Maechtlen
     Attorneys for Defendant
12      JP MORGAN CHASE & CO.

13 DATED:  September 24, 2014      SOMMERS EMPLOYMENT LAW GROUP, P.C.

16      By   /s/ Stephen A. Sommers
     Stephen A. Sommers
     Ramsey Hanafi
17      Attorneys for Plaintiff
     JOHN MCGEE

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

(1) The Case Management Conference originally scheduled for October 1, 2014, 10:00 a.m. shall be continued to February 4, 2015, 10:00 a.m. Joint case management statement due January 28, 2015.

**IT IS SO ORDERED.**

DATED:   September 25, 2014   _____
HON. NATHANAEL M. COUSINS
UNITED STATES
MAGISTRATE JUDGE

