| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Laura Maechtlen (SBN 224923) |
| 2 | lmaechtlen@seyfarth.com |
| | Emily E. Barker (SBN 275166) |
| 3 | ebarker@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 5 | Facsimile: (415) 397-8549 |

Attorneys for Defendant
JP MORGAN CHASE & CO.

SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephan A. Sommers (SBN 225742)
201 Mission Street, 12th Floor
San Francisco, CA 94105
Telephone: (415) 432-4372
Facsimile: (415) 432-4376

Attorneys for Plaintiff
JOHN MCGEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCGEE, an individual, | Case No. CV 13-3483 NC |
| Plaintiff, | **JOINT STIPULATION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER** AS MODIFIED |
| v. | |
| JP MORGAN CHASE & CO., a Delaware Corporation, and DOES 1-5, | Arbitration Date: May 11, 2015 |
| | Date Action Filed: JULY 26, 2013 |
| Defendants. | |

Pursuant to Rules 6-1(b), 6-2, 7-12 and 16 of the Northern District Civil Local Rules, Plaintiff JOHN MCGEE and Defendant JP MORGAN CHASE & CO. ("Defendant"), collectively "the Parties," by and through their counsel, submit the following stipulation and [proposed] order regarding continuing the case management conference schedule for February 4, 2015:

Whereas, this matter is currently pending in arbitration before Judge Warren of JAMS;

1 | Whereas, the Parties have an arbitration hearing before Judge Warren scheduled for May 11, 2015 through May 15, 2015.

Whereas, the Parties do not believe a Case Management Conference will aid resolution prior to arbitration;

NOW THEREFORE, the parties hereby stipulate and agree, as follows:

The parties agree that the Case Management Conference scheduled for February 4, 2015 be continued until at least June 5, 2015 or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


DATED:  January 29, 2015          SEYFARTH SHAW LLP


By:   */s/ Laura J. Maechtlen*
          Laura J. Maechtlen

Attorneys for Defendant
JP MORGAN CHASE & CO.


DATED:  January 29, 2015          SOMMERS EMPLOYMENT LAW GROUP, P.C.


By   */s/ Stephen A. Sommers*
        Stephen A. Sommers

Attorneys for Plaintiff
JOHN MCGEE

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

(1) The Case Management Conference originally scheduled for February 4, 2015, 10:00 a.m. shall be continued to June ~~5~~ 17, 2015, 10:00 a.m. in Courtroom 7, 4th Floor, San Jose.

**IT IS SO ORDERED.** Updated statement due June 10, 2015. Parties are permitted to appear telephonically.

DATED:   January 30, 2015



HON. NATHANAEL M. COUSINS
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

3