UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCGEE,<br>                Plaintiff,<br>     v.<br>JP MORGAN CHASE & CO.,<br>                Defendant. | Case No. 13-cv-03483-NC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 24 |

On May 12, 2015, plaintiff John McGee and defendant JPMorgan filed a stipulation of dismissal.  The Court infers from this that the parties have reached a settlement. Settlements of FLSA claims, however, require approval from the Court or the Secretary of Labor.  *Luo v. Zynga Inc.*, No. 13-cv-00186 NC, Dkt. No. 34, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) ("An employee's claims under FLSA are nonwaivable and may not be settled without supervision of either the Secretary of Labor or a district court."). Accordingly, the parties are ordered to produce the settlement agreement and show cause why the court should approve the settlement agreement and dismiss the case.  The parties are further ordered either to file the settlement agreement publicly or else to show cause why the settlement agreement should be filed under seal.

McGee and JPMorgan must file all responses to this Order by May 22, 2015.

**IT IS SO ORDERED.**

Dated: May 15, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 13-cv-03483-NC