SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
JP MORGAN CHASE & CO.

SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephan A. Sommers (SBN 225742)
201 Mission Street, 12th Floor
San Francisco, CA 94105
Telephone:     (415) 432-4372
Facsimile:      (415) 432-4376

Attorneys for Plaintiff
JOHN MCGEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCGEE, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>JP MORGAN CHASE & CO., a Delaware Corporation, and DOES 1-5,<br><br>            Defendants. | Case No. CV 13-3483 NC<br><br>**JOINT STIPULATION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER**<br><br>Trial Date:             NOT SET<br>Date Action Filed:  JULY 26, 2013 |

Pursuant to Rules 6-1(b), 6-2, 7-12 and 16 of the Northern District Civil Local Rules, Plaintiff JOHN MCGEE and Defendant JP MORGAN CHASE & CO. ("Defendant"), collectively "the Parties", by and through their counsel, submit the following stipulation and [proposed] order regarding continuing the case management conference currently scheduled for June 17, 2015:

Whereas, this matter is currently pending in arbitration before Judge Warren of JAMS;

1  Whereas the Parties have settled all state law claims in this action and have sought
2  dismissal on that basis;
3  Whereas Plaintiff will seek to dismiss the Fair Labor Standards Claim Act claims outright
4  as all Parties agree these have no value;
5  Whereas, the Parties believe time spent in preparation for and attendance at a Case
6  Management Conference will not aid in resolution of this matter;
7  NOW THEREFORE, the parties hereby stipulate and agree, as follows:
8  The parties agree that the Case Management Conference scheduled for June 17, 2015 be
9  continued until at least August 17, 2015 or as soon thereafter as the Court's schedule permits.
10  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
11  DATED:  June 9, 2015                    SEYFARTH SHAW LLP

By:     /s/ Laura J. Maechtlen
             Laura J. Maechtlen'

Attorneys for Defendant
JP MORGAN CHASE & CO.

DATED:  June 9, 2015                    SOMMERS EMPLOYMENT LAW GROUP, P.C.

By    /s/ Stephen A. Sommers
           Stephen A. Sommers

Attorneys for Plaintiff
JOHN MCGEE

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

(1) The Case Management Conference originally scheduled for June 17, 2015 shall be continued to August 12, 2015, at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose.

**IT IS SO ORDERED.**

DATED:   June 16, 2015



HON.
UNITED STATES DISTRICT COURT