UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCGEE,<br>          Plaintiff,<br>     v.<br>JP MORGAN CHASE & CO.,<br>          Defendant. | Case No. 13-cv-03483-NC<br><br>**ORDER GRANTING REQUEST TO DISMISS CLAIM**<br><br>Re: Dkt. No. 34 |

Plaintiff John McGee requests that the Court dismiss his Fair Labor Standards Act claim with prejudice against defendant JPMorgan. The Court GRANTS McGee's request and dismisses the FLSA claim. Having reviewed the settlement terms, the Court finds the agreement terms, as to the FLSA claim, to be a "fair and reasonable resolution of a bona fide dispute" and dismisses the case. *See Luo v. Zynga Inc.*, No. 13-cv-00186 NC, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) (internal quotation marks and citation omitted).

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 13-cv-03483-NC